IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHARLOTTE KELLOGG, as Executrix of the Estate of Keith Kellogg, | |
| Plaintiff, | CIVIL NO. 2:23-cv-132 |
| v. | |
| JOHNS MANVILLE (INC.), | |
| Defendant. | |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY

  Plaintiff Charlotte Kellogg, as Executrix of the Estate of Keith Kellogg, and Defendant Johns Manville (Inc.), jointly provide notice that they have reached an agreement to resolve this case. The parties conducted a mediation on Friday, April 19, and although they did not reach an agreement on terms of a final settlement during mediation they have since done so. They are working to finalize the terms of their agreement and thus request a stay of proceedings pending finalization of the settlement. Specifically, the Court's March 26 Order requires the parties to submit their Rule 26(f) Report no later than April 26 [Doc. 14], so the parties request relief from that requirement to prevent incurrence of further fees and expenses given the settlement.

  This request is made in good faith and is not made for purposes of delay. Therefore, the parties respectfully request that this Motion to Stay be granted pending dismissal following final resolution of the parties' settlement. A proposed order is attached for the Court's convenience.

Dated: April 26, 2024

| **JACKSON LEWIS P.C.** | **STEMBRIDGE TAYLOR, LLC** |
|---|---|
| */s/ Jeffrey A. Schwartz* | */s/ Lisa D. Taylor* |
| Jeffrey A. Schwartz | Lisa D. Taylor (*admitted pro hac vice*) |
| 171 17th Street, NW | Georgia Bar No. 235529 |
| Suite 1200 | lisa@stembridgetaylor.com |
| Atlanta, GA 30363 | 3651 Mars Hill Road, Suite 2900B |
| 404-586-1811 | Watkinsville, Georgia 30677 |
| Jeffrey.scwartz@jacksonlewis.com | John T. Stembridge |
| | Georgia Bar No. 678605 |
| Counsel for Defendant Johns Mansville (INC) | john@stembridgetaylor.com |
| | 4840 Roswell Road, Suite E300 |
| | Atlanta, Georgia 30342 |
| | Telephone: (404) 604-2691 |
| | |
| | Counsel for Plaintiff Charlotte Kellogg, Executrix of the Estate of Keith Kellogg |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHARLOTTE KELLOGG, as Executrix of the Estate of KEITH KELLOGG,<br><br>Plaintiff,<br><br>v.<br><br>JOHNS MANVILLE (INC.),<br><br>Defendant. | CIVIL ACTION NO.<br>2:23-cv-00132-LGW-BWC |

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing Notice of Settlement and Joint Motion to Stay using the Court's CM/ECF system, which will generate electronic service on all counsel of record.

Dated:       April 26, 2024

/s/ Lisa D. Taylor
Lisa Durham Taylor
Georgia Bar No. 235529