# In the United States District Court for the Southern District of Georgia Brunswick Division

CHARLOTTE KELLOGG, as Executrix of the Estate of Keith Kellogg,

    Plaintiff,

v.

JOHNS MANVILLE INC.,

    Defendant.

CV 223-132

## ORDER

The Parties informed the Court that they had reached a settlement of the claims in this action on April 26, 2024. Dkt. No. 15. To date, no dismissal has been filed. The Parties are **ORDERED** to file either a dismissal or a status report informing the Court of the settlement progress within **fourteen days** of the date of this Order. Failure to do so will result in this case being dismissed without prejudice.

**SO ORDERED**, this 3 day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA