IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHARLOTTE KELLOGG, as Executrix of the Estate of Keith Kellogg,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNS MANVILLE (INC.),<br><br>        Defendant. | CIVIL NO. 2:23-cv-132 |

## NOTICE OF DISMISSAL WITH PREJUDICE

      Plaintiff Charlotte Kellogg, as Executrix of the Estate of Keith Kellogg, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), hereby dismisses her complaint with prejudice, with the parties to bear their respective costs and fees.

Dated:        July 9, 2024

**STEMBRIDGE TAYLOR, LLC**

<u>/s/ Lisa D. Taylor</u>
Lisa D. Taylor (*admitted pro hac vice*)
Georgia Bar No. 235529
lisa@stembridgetaylor.com
3651 Mars Hill Road, Suite 2900B
Watkinsville, Georgia 30677
John T. Stembridge
Georgia Bar No. 678605
john@stembridgetaylor.com
4840 Roswell Road, Suite E300
Atlanta, Georgia 30342
Telephone: (404) 604-2691

Counsel for Plaintiff Charlotte Kellogg, Executrix of the Estate of Keith Kellogg

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHARLOTTE KELLOGG, as Executrix of the Estate of KEITH KELLOGG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHNS MANVILLE (INC.),<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>2:23-cv-00132-LGW-BWC |

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing Notice of Dismissal with Prejudice using the Court's CM/ECF system, which will generate electronic service on all counsel of record.

Dated:　　　July 9, 2024

　　　　　　　　　　　　　　　　　　　　　/s/ Lisa D. Taylor
　　　　　　　　　　　　　　　　　　　　　Lisa Durham Taylor
　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 235529